STATE v. SPENCER

No. 538P86.

Case below: 81 N.C. App. 529.

Petition by defendant for writ of certiorari to the North Carolina Court of Appeals denied 4 November 1986.

STATE v. TOLER

No. 539P86.

Case below: 82 N.C. App. 529.

Petition by defendant for writ of certiorari to the North Carolina Court of Appeals denied 4 November 1986.

STEVENS v. NIMOCKS

No. 590P86.

Case below: 82 N.C. App. 350.

Petition by plaintiff for writ of certiorari to the North Carolina Court of Appeals denied 4 November 1986.

UPDIKE v. DAY

No. 505P86.

Case below: 82 N.C. App. 149.

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 4 November 1986. Motion by defendant to dismiss appeal for lack of significant public interest allowed 4 November 1986.

WHITE v. TOWN OF EMERALD ISLE

No. 557P86.

Case below: 82 N.C. App. 392.

Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 denied 4 November 1986.